| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Donald V. Biase, Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ 07021<br>(973) 618-1008 | |
| In Re:<br><br>**Stephen Norman Weiss Stephen Norman Weiss**<br><br>Debtor(s). | Case No.: 21-10514-SLM<br><br>Honorable: Stacey L. Meisel<br><br>Chapter 7 |

### NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The above-entitled Chapter 7 case should be designated as an Asset Chapter 7 Case.

**AMOUNT OF FUNDS ON HAND**: $0.00

If there are no funds on hand, but assets that will produce funds for this estate, indicate actual or estimated value of the assets:

**ACTUAL VALUE**: Unknown

**ESTIMATED VALUE**: Unknown

**OTHER INFORMATION RELATING TO STATUS OF CASE**:

                                          */s/Donald V. Biase*
                                          Donald V. Biase, Chapter 7 Trustee

Dated:  February 18, 2021