| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**GENOVA BURNS, LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey  07920<br>Tele: (973) 467-2700 / Fax:  (973) 467-8126<br>Counsel for Donald V. Biase, Chapter 7 Trustee<br>**SCOTT S. REVER (SR 1425)** | Order Filed on March 25, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**STEPHEN NORMAN WEISS,**<br><br>                             Debtor. | Case No.: 21-10514 SLM<br><br>Honorable Stacey L. Meisel<br><br>Chapter: 7 |

## CONSENT ORDER EXTENDING THE DEADLINE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: March 25, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Stephen Norman Weiss |
| Case no.: | 21-10514 SLM |
| Caption of Order: | Consent Order Extending the Deadline to Object to the Debtor's Discharge |

---

**THIS MATTER** having been opened to the Court upon the application filed by Donald V. Biase, the Chapter 7 Trustee ("Trustee") in the above referenced bankruptcy case, seeking the entry of a Consent Order extending the deadline to object to the Debtor's discharge and the Court having considered the application; and for good cause shown, it is hereby

**ORDERED**, that the last date for the Trustee to file an objection to the Debtor's discharge under Section 727 and the Federal Rules of Bankruptcy Procedure applicable to said section is extended until June 22, 2021.

I hereby consent to the form and entry of the above Order.


*/s/    TURNER FALK, ESQ.*
TURNER FALK, ESQ.
**OBERMAYER REBMANN MAXWELL & HIPPEL**
Attorneys for Debtor


*/S/    SCOTT S. REVER, ESQ.*
SCOTT S. REVER, ESQ.
**GENOVA BURNS, LLC**
Attorneys for Donald V. Biase, Chapter 7 Trustee