# Exhibit A

103 DEED - BARGAIN AND SALE (Covenant as to Grantor's Acts)
IND. TO IND. OR CORP - Plain Language   R ST-1

Copyright© 1982 By ALL-STATE LEGAL SUPPLY CO.
One Commerce Drive, Cranford, N.J. 07016

#12329-B

# DEED

**Prepared by:** (Print signer's name below signature)

*[signature]*

GERALD BREITENSTEIN, ESQ.

This Deed is made on   September 7,  , 1989 ,

**BETWEEN**   STEVEN G. PAVLAKIS and KATHLEEN T. PAVLAKIS, his wife,

whose address is   90 Prospect Terrace, Tenafly, New Jersey.

referred to as the Grantor,

**AND**   STEPHEN NORMAN WEISS and ROBERTA WEISS, his wife,

whose post office address is   9 Hillcrest Road, Tenafly, New Jersey,

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of FIVE HUNDRED EIGHTY-FIVE THOUSAND AND 00/100 ($585,000.00) DOLLARS——————————————————————————.

The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) Municipality of   Tenafly,
Block No.   154     Lot No.   29            Account No.

☐ No property tax identification number is available on the date of this deed. (Check box if applicable.)

**Property.** The property consists of the land and all the buildings and structures on the land in the Borough of Tenafly, County of Bergen and State of New Jersey. The legal description is:

Known and designated by Lot Number twenty-five (25) on a certain map entitled "Map of portion of property belonging to Peter Huyler, Est., situated at Tenafly, Bergen County, NJ" surveyed by Watson G. Clark, March 8, 1904, and on file in the Office of the Clerk of said Bergen County as Map No. 292, and more particularly described as follows:

Beginning at a point in the easterly side of Prospect Terrace distant therein 504.95 feet southerly from the intersection formed by the easterly side of Prospect Terrace and the southerly side of Hudson Avenue, and from said point running thence;

1) South 51 degrees 49 minutes 38 seconds East for a distance of 200 feet to a point; thence
2) South 38 degrees 10 minutes 22 seconds West and parallel with Prospect Terrace for a distance of 100 feet to a point; thence
3) North 51 degrees 49 minutes 38 seconds West and parallel with the first course for a distance of 200 feet to the said easterly line of Prospect Terrace; thence
4) North 38 degrees 10 minutes 22 seconds East and along the said easterly line of Prospect Terrace for a distance of 100 feet to the point and place of Beginning.

SUBJECT to existing easements and restrictions of record, and the effect,

\# 12-379 B

# DEED

**STEVEN G. PAVLAKIS and KATHLEEN T. PAVLAKIS,**
his wife,

Grantor,

TO

**STEPHEN NORMAN WEISS and ROBERTA WEISS,**
his wife,

Grantee.

Dated: September 7, 1989

Record and return to:

Wandel, Weiss &
Wandel Esqs
11 EAST 36 St,
New York City Ny
(10016-3318)

ABSTRACTED

BK 7318 PG 461

END OF DOCUMENT