| **UNITED STATES BANKRUPTCY COURT** | |
| **DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* | |
| Edmond M. George, Esquire | |
| Turner N. Falk, Esquire | |
| Obermayer Rebmann Maxwell & Hippel LLP | |
| 1120 Route 73, Suite 420 | |
| Mount Laurel, NJ  08054 | |
| (856) 795-3300 | |
| (856) 482-0504 (fax) | |
| edmond.george@obermayer.com | |
| Turner.Falk@obermayer.com | |
| *Counsel for Debtor, Stephen Norman Weiss* | |
| **In re:** | **Chapter 7** |
| **STEPHEN NORMAN WEISS,** | **Case No. 21-10514-SLM** |
| **Debtor.** | **Hon. Stacey L. Meisel** |

## CERTIFICATION OF SERVICE

1. I, Turner N. Falk:

   ☒ represent the Debtor in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On April 6, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1. Debtor's Response in Opposition to Objection to Claimed Exemptions

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Dated: April 6, 2021          /s/ *Turner N. Falk*
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| c/o Scott Rever, Esq.<br>GENOVA BURNS, LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920 | Counsel for Donald Biase as Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| c/o John Baranello, Esq.<br>Moses & Singer LLP<br>Court Plaza South – East Wing<br>21 Main Street, Suite 101<br>Hackensack NJ 07601 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |