| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **MOSES & SINGER LLP** <br> John V. Baranello (NJ Bar No. 033262009) <br> 405 Lexington Avenue <br> New York, New York 10174 <br> Telephone: (212) 554-7800 <br> Facsimile: (212) 554-7700 <br>   and <br> Court Plaza South – East Wing <br> 21 Main Street, Suite 101 <br> Hackensack, NJ 07601-0647 <br> Telephone: (201) 363-1210 <br> Facsimile: (201) 363-9210 <br> *Counsel for Creditor Moses & Singer LLP* |

| | |
|---|---|
| In Re: <br><br> **STEPHEN NORMAN WEISS,** <br><br>                              Debtor. | Case No.: 21-10514 SLM <br><br> Honorable Stacey L. Meisel <br><br> Chapter: 7 |

_____

### NOTICE OF MOTION IN SUPPORT OF ENTRY OF AN ORDER QUASHING RULE 2004 SUBPOENA ISSUED BY THE DEBTOR UPON ON CREDITOR

_____

TO:   Daniel B. Weiss, Esq.
       90 Prospect Terrace
       Tenafly, NJ, 07670
       dbw784@gmail.com
       *Counsel for the Debtor, Stephen Norman Weiss*

       Scott S. Rever
       GENOVA BURNS, LLC
       110 Allen Road, Suite 304
       Basking Ridge, New Jersey 07920
       *Counsel for Donald V. Biase, Chapter 7 Trustee*

**PLEASE TAKE NOTICE**, that on the 8th day of February, 2022, at 10:00 a.m. in the morning or as soon thereafter as counsel may be heard, the undersigned as counsel for Moses &

Singer LLP ("M&S"), shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, for the entry of an Order Granting its Motion to Quash the Debtor's subpoena issued on M&S and such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE**, that M&S shall rely upon the Verified Motion filed herewith and incorporated herein by this reference in support of the relief requested.

**PLEASE TAKE FURTHER NOTICE**, that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE**, that all objections to the relief requested must be filed in writing with the Clerk of the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102 and a copy must be simultaneously served upon Moses & Singer LLP, Attn: John V. Baranello, Jessica K. Bonteque, 405 Lexington Avenue, 12th Floor, New York, New York 10174 so that such objections are received as required by the Federal Rules of Bankruptcy Procedure and Local New Jersey Bankruptcy Rules.

**PLEASE TAKE FURTHER NOTICE**, that in the absence of any objections, the relief requested hereunder may be granted without further notice

Respectfully submitted,

**MOSES & SINGER LLP**
Counsel of Moses & Singer LLP

Date: January 10, 2022        */s/ John V. Baranello*
                              John V. Baranello