**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**MOSES & SINGER LLP**
John V. Baranello (NJ Bar No. 033262009)
405 Lexington Avenue
New York, New York 10174
Telephone:  (212) 554-7800
Facsimile:  (212) 554-7700
           and
Court Plaza South – East Wing
21 Main Street, Suite 101
Hackensack, NJ 07601-0647
Telephone:  (201) 363-1210
Facsimile:  (201) 363-9210
*Counsel for Creditor Moses & Singer LLP*

In Re:

**STEPHEN NORMAN WEISS,**

                  Debtor.

Case No.: 21-10514 SLM

Honorable Stacey L. Meisel

Chapter: 7

## ORDER GRANTING MOTION IN SUPPORT OF ENTRY OF AN ORDER QUASHING RULE 2004 SUBPOENA ISSUED BY THE DEBTOR UPON ON CREDITOR

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

Debtor: Stephen Norman Weiss

Case no.: 21-10514 SLM

Caption of Order: **ORDER GRANTING MOTION IN SUPPORT OF ENTRY OF AN ORDER QUASHING RULE 2004 SUBPOENA ISSUED BY THE DEBTOR UPON ON CREDITOR**

_____

**THIS MATTER** having been opened to the Court upon the motion (the "Motion")[1] filed by Moses & Singer LLP ("M&S"), in the above referenced bankruptcy case, seeking the entry of an Order quashing the M&S Subpoena; and for good cause shown, it is hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the M&S Subpoena, dated December 13, 2021, issued by the Debtor and directed to M&S is hereby quashed.

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.