

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Jessica Bonteque
Direct Dial: 212.554.7676
Fax: 212.377.6056
E-Mail: jbonteque@mosessinger.com

February 1, 2022

**SENT VIA ECF/CM**

Honorable Stacey L. Meisel
United States Bankruptcy Court for the District of
New Jersey
United States Bankruptcy Judge
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

> Re: **In re: Stephen Norman Weiss (the "Debtor")/Case No.: 21-10514**
> **Withdrawal of Motion to Compel**

Dear Judge Meisel:

On January 10, 2022, Moses & Singer LLP ("M&S") filed its *Verified Motion in Support of an Order Quashing Rule 2004 Subpoena Issued by the Debtor on Creditor* (Docket No. 122) (the "Motion"). The Motion is set for a hearing on February 8, 2022, at 10:00 a.m. (the "Hearing") The Debtor has now withdrawn the subpoena he issued to M&S that is the subject of the Motion. The Motion is, therefore, moot and is hereby withdrawn and the Hearing can be vacated.

Respectfully submitted,

/s/ Jessica K. Bonteque

Jessica K. Bonteque

JB:jr

Cc: All Counsel Via ECF/CM